FILED

12/14/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0462

IN THE SUPREME COURT OF THE STATE OF MONTANA

SUPREME COURT CAUSE NO. DA 20-0462

ROBERT EDWARD WALDEN and SYLVAN WALDEN,

      Plaintiffs/Appellees,

  v.

YELLOWSTONE ELECTRIC CO. & THOMAS C. NEWELL

      Defendants/Appellants.

**ORDER GRANTING APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME OF 30 DAYS TO FILE RESPONSE BRIEF**

Upon consideration of Appellees' Unopposed Motion for Extension of Time of 30 Days to File Response Brief and there being no objection, Appellees are granted an extension of time of 30 days to file and serve their Response Brief on or before January 29, 2021.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 14 2020